# E<small>XHIBIT</small> 1

| Week | **Barnett Homes Sample Standard Timelines (Conservative) For Unoccupied Properties** | | | |
|---|---|---|---|---|
| | **Full Gut Rehab Inside and Out Timeline** | $ % of Whole | **Scrape and Rebuild Timeline** | % of Whole |
| 1 | Close on Acquisition of Existing SFH or 2-Flat | | Close on Acquisition of Existing SFH or 2-Flat | |
| 2 | | | | |
| 3 | | | | |
| 4 | Submit Architectural Plans and Specs for Permitting to City | 60% | Submit Architectural Plans and Specs for Permitting to City | 45% |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | Wait for Permit Issuance (sometimes receive demo permit prior to rehab permit and commence interior demo) | | Wait for Permit Issuance (sometimes receive demo permit prior to construction permit and DO NOT commence scraping house until construction permits is issued) | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | Demo entire house inside (if not complete prior) | | Demo & Excavation & Foundation and Concrete | |
| 17 | Rough Framing | | | |
| 18 | | | | |
| 19 | Rough Mechanicals (Including Plumbing HVAC and Electric) | | Rough Framing (last day of framing the house is "Under Roof") | |
| 20 | | | | |
| 21 | Drywall | | Rough Mechanicals (Including Plumbing HVAC and Electric); Simultaneously Masonry on Exterior | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | Complete Masonry on Exterior; Interior gets insulation | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | Drywall | |
| 28 | | | | |
| 29 | Interior Finishes (Kitchen Install, Trim, Floors, Prime & Paint) | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | Interior Finishes (Kitchen Install, Trim, Floors, Prime & Paint) | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | | | | |
| 45 | Stage, List Market, Sell, Contract Period, Close Escrow | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | Stage, List Market, Sell, Contract Period, Close Escrow | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |