# **E**XHIBIT **2**

| # | Address | City | Purchase Price | Const. Costs | Comission | Misc. | Total Costs | Projected Interest | Lvg (%) | Projected Project Days | Projected Sale Price | Projected Profit | Cash on Cash Project ROI | Projected Project ROI | Projected Annual ROI | Purchase Closing Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 7354 S Clyde Ave | Chicago | $ 32,500 | $ 100,000 | $ 22,350 | $ 14,000 | $ 168,850 | $ 3,250 | 0% | 250 | $ 215,000 | $ 42,900 | 31.50% | 27.34% | 39.92% | 02/27/13 |
| 1 | 112 S Clifton Ave | Park Ridge | $ 243,500 | $ 180,000 | $ 35,000 | $ 30,000 | $ 488,500 | $ 24,486 | 0% | 500 | $ 650,000 | $ 137,014 | 35.61% | 29.21% | 21.33% | 05/09/13 |
| 2 | 9051 S May St | Chicago | $ 41,000 | $ 76,000 | $ 19,650 | $ 14,000 | $ 150,650 | $ 3,132 | 0% | 250 | $ 185,000 | $ 31,218 | 26.22% | 22.26% | 32.50% | 06/26/13 |
| 3 | 10 W Elm Ave | Park Ridge | $ 375,000 | $ 400,000 | $ 40,000 | $ 40,000 | $ 855,000 | $ 43,264 | 10% | 500 | $ 1,100,000 | $ 201,736 | 30.06% | 27.13% | 19.81% | 07/12/13 |
| 4 | 1715 W Belle Plaine Ave | Chicago | $ 306,000 | $ 375,000 | $ 50,000 | $ 48,000 | $ 779,000 | $ 42,944 | 40% | 500 | $ 1,000,000 | $ 178,056 | 30.32% | 38.02% | 27.76% | 07/18/13 |
| 5 | 8405 S Crandon Ave | Chicago | $ 31,500 | $ 85,000 | $ 19,650 | $ 14,000 | $ 150,150 | $ 2,964 | 0% | 250 | $ 185,000 | $ 31,886 | 26.70% | 22.84% | 33.35% | 07/19/13 |
| 6 | 2245 W Berwyn Ave | Chicago | $ 300,000 | $ 148,000 | $ 37,500 | $ 35,000 | $ 520,500 | $ 23,018 | 10% | 400 | $ 680,000 | $ 136,482 | 33.02% | 30.38% | 27.72% | 07/19/13 |
| 7 | 17 E Stonegate Dr | Prospect Heights | $ 170,000 | $ 95,000 | $ 20,000 | $ 40,000 | $ 325,000 | $ 10,407 | 0% | 300 | $ 395,000 | $ 59,593 | 22.95% | 19.46% | 23.68% | 08/01/13 |
| 8 | 4612 Franklin Ave | Western Springs | $ 325,000 | $ 560,000 | $ 41,250 | $ 75,000 | $ 1,001,250 | $ 41,518 | 30% | 400 | $ 1,250,000 | $ 207,232 | 25.91% | 30.51% | 27.84% | 09/26/13 |
| 9 | 2638 W North Shore Ave | Chicago | $ 265,000 | $ 195,000 | $ 33,750 | $ 45,000 | $ 538,750 | $ 19,215 | 0% | 350 | $ 685,000 | $ 127,035 | 28.96% | 24.93% | 26.00% | 10/08/13 |
| 10 | 12120 S Lafeyette Ave | Chicago | $ 23,000 | $ 55,000 | $ 16,050 | $ 14,000 | $ 108,050 | $ 1,738 | 0% | 200 | $ 145,000 | $ 35,212 | 40.16% | 35.19% | 64.22% | 10/09/13 |
| 11 | 8336 S La Salle St | Chicago | $ 34,500 | $ 56,000 | $ 16,950 | $ 14,000 | $ 121,450 | $ 2,061 | 0% | 200 | $ 155,000 | $ 31,489 | 32.11% | 27.97% | 51.05% | 10/21/13 |
| 12 | 8100 S Kenwood Ave | Chicago | $ 28,000 | $ 97,000 | $ 21,000 | $ 14,000 | $ 160,000 | $ 3,658 | 0% | 300 | $ 200,000 | $ 36,342 | 28.78% | 24.35% | 29.62% | 10/29/13 |
| 13 | 1615 W Byron St | Chicago | $ 540,000 | $ 350,000 | $ 62,000 | $ 50,000 | $ 1,002,000 | $ 40,869 | 30% | 350 | $ 1,250,000 | $ 207,131 | 26.38% | 30.50% | 31.81% | 12/02/13 |
| 14 | 5921 N Kenneth Ave | Chicago | $ 375,000 | $ 300,000 | $ 44,000 | $ 40,000 | $ 759,000 | $ 34,496 | 30% | 400 | $ 925,000 | $ 131,504 | 23.22% | 25.39% | 23.17% | 12/27/13 |
| 15 | 4439 Franklin Ave | Western Springs | $ 355,000 | $ 560,000 | $ 41,250 | $ 75,000 | $ 1,031,250 | $ 39,415 | 40% | 350 | $ 1,250,000 | $ 179,335 | 22.10% | 29.77% | 31.04% | 01/03/14 |
| 16 | 8932 S East End Ave | Chicago | $ 38,100 | $ 60,000 | $ 18,300 | $ 14,000 | $ 130,400 | $ 2,212 | 0% | 200 | $ 170,000 | $ 37,388 | 35.33% | 30.93% | 56.45% | 01/08/14 |
| 17 | 635 Elmore St | Park Ridge | $ 586,000 | $ 300,000 | $ 55,000 | $ 35,000 | $ 976,000 | $ 42,801 | 40% | 635 | $ 1,200,000 | $ 181,199 | 24.32% | 31.47% | 32.82% | 01/09/14 |
| 18 | 135 W 83rd St | | $ 30,000 | $ 59,000 | $ 16,950 | $ 14,000 | $ 119,950 | $ 1,980 | 0% | 200 | $ 155,000 | $ 33,070 | 34.03% | 29.76% | 54.31% | 01/21/14 |
| 19 | 9238 S Pleasant Ave | Chicago | $ 205,000 | $ 380,000 | $ 27,500 | $ 50,000 | $ 662,500 | $ 26,107 | 20% | 400 | $ 800,000 | $ 111,393 | 21.65% | 21.91% | 19.99% | 01/22/14 |
| 20 | 1824 W Berwyn Ave | Chicago | $ 285,000 | $ 190,000 | $ 37,500 | $ 60,000 | $ 572,500 | $ 17,783 | 0% | 300 | $ 750,000 | $ 159,717 | 33.18% | 29.65% | 36.07% | 02/13/14 |
| 21 | 7856 Forest Hill Rd | Burr Ridge | $ 500,000 | $ 100,000 | $ 40,000 | $ 25,000 | $ 665,000 | $ 15,493 | 0% | 200 | $ 800,000 | $ 119,507 | 21.60% | 19.26% | 35.14% | 03/03/14 |
| 22 | 4919 S Lotus Ave | Chicago | $ 90,000 | $ 103,000 | $ 13,800 | $ 14,000 | $ 220,800 | $ 4,190 | 0% | 200 | $ 275,000 | $ 50,010 | 26.18% | 24.38% | 44.50% | 03/15/14 |
| 23 | 741 Oriole Ave | Park Ridge | $ 507,000 | $ 80,000 | $ 40,000 | $ 30,000 | $ 657,000 | $ 23,320 | 0% | 300 | $ 800,000 | $ 119,680 | 23.18% | 19.27% | 23.44% | 03/20/14 |
| 24 | 901 S Kensington Ave | La Grange | $ 325,000 | $ 532,000 | $ 65,000 | $ 50,000 | $ 972,000 | $ 32,905 | 20% | 350 | $ 1,250,000 | $ 245,095 | 30.65% | 33.10% | 34.52% | 05/05/14 |
| 25 | 1957 W Balmoral Ave | Chicago | $ 370,000 | $ 226,000 | $ 40,000 | $ 30,000 | $ 666,000 | $ 23,491 | 30% | 300 | $ 820,000 | $ 130,509 | 24.60% | 29.15% | 35.46% | 05/13/14 |
| 26 | 545 Woodside Ave | Hinsdale | $ 1,505,000 | $ 330,000 | $ 120,000 | $ 75,000 | $ 2,030,000 | $ 47,018 | 0% | 200 | $ 2,350,000 | $ 272,982 | 16.75% | 14.41% | 26.30% | 05/23/14 |
| 27 | 7620 S East End Ave | Chicago | $ 35,000 | $ 60,000 | $ 17,400 | $ 14,000 | $ 126,400 | $ 2,129 | 0% | 200 | $ 160,000 | $ 31,471 | 30.83% | 26.86% | 49.03% | 05/30/14 |
| 28 | 10028 S Sangamon St | Chicago | $ 31,120 | $ 75,000 | $ 18,750 | $ 14,000 | $ 138,870 | $ 2,226 | 0% | 200 | $ 175,000 | $ 33,904 | 30.08% | 26.36% | 48.11% | 06/02/14 |
| 1 | 2014 W Sunnyside Ave | Chicago | $ 775,000 | $ 510,000 | $ 97,000 | $ 75,000 | $ 1,457,000 | $ 52,104 | 0% | 350 | $ 1,950,000 | $ 440,896 | 36.25% | 32.00% | 33.37% | 06/06/14 |
| 2 | 4730 S Greenwood Ave | Chicago | $ 515,000 | $ 375,000 | $ 60,000 | $ 40,000 | $ 990,000 | $ 39,667 | 30% | 350 | $ 1,200,000 | $ 170,333 | 22.58% | 25.41% | 26.50% | 06/09/14 |
| 3 | 1627 S Beulah St | Philadelphia | $ 105,000 | $ 84,000 | $ 26,850 | $ 11,000 | $ 226,850 | $ 4,257 | 0% | 200 | $ 265,000 | $ 33,893 | 19.08% | 16.09% | 29.36% | 06/11/14 |
| 4 | 715 S Adams St | Hinsdale | $ 420,000 | $ 570,000 | $ 70,000 | $ 50,000 | $ 1,110,000 | $ 38,757 | 20% | 350 | $ 1,400,000 | $ 251,243 | 27.88% | 29.67% | 30.94% | 06/13/14 |
| 5 | 717 N Oak St | Hinsdale | $ 385,000 | $ 630,000 | $ 73,000 | $ 50,000 | $ 1,138,000 | $ 40,068 | 30% | 350 | $ 1,450,000 | $ 271,932 | 29.30% | 35.55% | 37.07% | 06/16/14 |
| 6 | 608 E First St | Hinsdale | $ 801,000 | $ 200,000 | $ 65,000 | $ 50,000 | $ 1,116,000 | $ 45,252 | 40% | 300 | $ 1,300,000 | $ 138,748 | 17.51% | 21.20% | 25.79% | 06/17/14 |
| 7 | 2424 W Belle Plaine Ave | Chicago | $ 600,000 | $ 270,000 | $ 55,000 | $ 50,000 | $ 975,000 | $ 29,955 | 30% | 250 | $ 1,155,000 | $ 150,045 | 19.57% | 23.05% | 33.65% | 06/20/14 |
| 8 | 1414 W Catalpa Ave | Chicago | $ 586,000 | $ 450,000 | $ 73,000 | $ 50,000 | $ 1,159,000 | $ 54,626 | 40% | 400 | $ 1,450,000 | $ 236,374 | 26.80% | 34.38% | 31.38% | 06/20/14 |
| 9 | 7950 S Woodlawn Ave | Chicago | $ 32,500 | $ 55,000 | $ 16,950 | $ 14,000 | $ 118,450 | $ 1,994 | 0% | 200 | $ 155,000 | $ 34,556 | 36.01% | 31.48% | 57.44% | 06/25/14 |
| 10 | 4308 N Troy St | Chicago | $ 275,000 | $ 236,000 | $ 35,000 | $ 48,000 | $ 594,000 | $ 16,828 | 30% | 250 | $ 700,000 | $ 89,172 | 18.96% | 22.56% | 32.94% | 06/25/14 |
| 11 | 4031 N Oakley Ave | Chicago | $ 600,000 | $ 320,000 | $ 60,000 | $ 50,000 | $ 1,030,000 | $ 30,909 | 30% | 250 | $ 1,250,000 | $ 189,091 | 22.68% | 27.52% | 40.18% | 06/27/14 |
| 12 | 1306 W Byron Ave | Chicago | $ 545,000 | $ 660,000 | $ 93,500 | $ 50,000 | $ 1,348,500 | $ 47,483 | 20% | 350 | $ 1,700,000 | $ 304,017 | 28.01% | 29.54% | 30.81% | 06/30/14 |
| 13 | 3912 N Janssen Ave | Chicago | $ 745,000 | $ 800,000 | $ 110,000 | $ 50,000 | $ 1,705,000 | $ 63,841 | 30% | 350 | $ 2,100,000 | $ 331,159 | 24.76% | 28.80% | 30.03% | 06/30/14 |
| 14 | 3328 N Claremont Ave | Chicago | $ 600,000 | $ 376,000 | $ 74,250 | $ 50,000 | $ 1,100,250 | $ 31,978 | 30% | 250 | $ 1,350,000 | $ 217,772 | 24.34% | 29.72% | 43.39% | 07/07/14 |
| 15 | 3540 N Hoyne Ave | Chicago | $ 670,000 | $ 310,000 | $ 72,325 | $ 50,000 | $ 1,102,325 | $ 32,083 | 20% | 250 | $ 1,315,000 | $ 180,592 | 20.65% | 21.64% | 31.59% | 07/15/14 |
| 16 | 1725 W 85th St | Chicago | $ 31,780 | $ 60,000 | $ 16,950 | $ 15,000 | $ 123,730 | $ 2,069 | 0% | 200 | $ 155,000 | $ 29,201 | 29.28% | 25.47% | 46.48% | 07/18/14 |
| 17 | 1010 Walnut St | Western Springs | $ 950,000 | $ 950,000 | $ 143,000 | $ 100,000 | $ 2,143,000 | $ 96,753 | 40% | 400 | $ 2,600,000 | $ 360,247 | 22.85% | 28.44% | 25.95% | 07/18/14 |
| 18 | 3824 N Paulina St | Chicago | $ 630,000 | $ 280,000 | $ 60,000 | $ 50,000 | $ 1,020,000 | $ 32,515 | 40% | 250 | $ 1,200,000 | $ 147,485 | 18.75% | 25.02% | 36.53% | 07/31/14 |
| 19 | 1217 W Cornelia Ave | Chicago | $ 880,000 | $ 420,000 | $ 90,000 | $ 80,000 | $ 1,470,000 | $ 53,576 | 30% | 300 | $ 1,800,000 | $ 276,424 | 23.91% | 27.92% | 33.97% | 07/31/14 |
| 20 | 1729 W Melrose St | Chicago | $ 625,000 | $ 366,000 | $ 66,000 | $ 50,000 | $ 1,107,000 | $ 32,741 | 30% | 250 | $ 1,350,000 | $ 210,259 | 23.34% | 28.49% | 41.60% | 08/03/14 |
| 21 | 1638 W Olive Ave | Chicago | $ 380,000 | $ 335,000 | $ 47,000 | $ 50,000 | $ 812,000 | $ 22,800 | 30% | 250 | $ 955,000 | $ 120,200 | 18.69% | 22.26% | 32.50% | 08/05/14 |
| 22 | 2440 W Belle Plaine Ave | Chicago | $ 605,000 | $ 298,000 | $ 60,000 | $ 50,000 | $ 1,013,000 | $ 38,257 | 40% | 300 | $ 1,200,000 | $ 148,743 | 19.62% | 25.15% | 30.60% | 08/07/14 |
| 23 | 2236 W 113th Pl | Chicago | $ 115,000 | $ 115,000 | $ 35,850 | $ 20,000 | $ 285,850 | $ 7,780 | 0% | 300 | $ 365,000 | $ 71,370 | 31.66% | 26.64% | 32.41% | 08/19/14 |
| 24 | 1925 W Schiller St | Chicago | $ 850,000 | $ 576,420 | $ 107,000 | $ 63,000 | $ 1,596,420 | $ 66,684 | 40% | 350 | $ 1,950,000 | $ 286,896 | 23.74% | 30.58% | 31.89% | 08/19/14 |
| 25 | 3817 N Wayne Ave | Chicago | $ 810,000 | $ 830,000 | $ 116,000 | $ 65,000 | $ 1,821,000 | $ 81,843 | 40% | 400 | $ 2,300,000 | $ 397,157 | 28.09% | 36.91% | 33.68% | 08/19/14 |
| 26 | 2447 W Belle Plaine Ave | Chicago | $ 445,000 | $ 525,000 | $ 71,500 | $ 40,000 | $ 1,081,500 | $ 33,003 | 40% | 350 | $ 1,300,000 | $ 185,497 | 21.63% | 29.75% | 31.03% | 08/28/14 |

| # | Address | City | | | | | | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 2152 N Maplewood Ave | Chicago | $ 300,000 | $ 270,000 | $ 42,460 | $ 35,000 | $ 647,460 | $ 18,637 | 40% | 250 | $ 772,000 | $ 105,903 | 20.59% | 28.46% | 41.55% | 09/05/14 |
| 28 | 1409 N Oakley Blvd | Chicago | $ 535,000 | $ 292,000 | $ 60,500 | $ 40,000 | $ 927,500 | $ 28,590 | 40% | 250 | $ 1,100,000 | $ 143,910 | 19.90% | 26.90% | 39.27% | 09/05/14 |
| 29 | 2148 W Berwyn Ave | Chicago | $ 351,000 | $ 230,000 | $ 42,900 | $ 30,000 | $ 653,900 | $ 18,927 | 30% | 250 | $ 780,000 | $ 107,173 | 20.64% | 24.61% | 35.93% | 09/12/14 |
| 30 | 3922 N Bell Ave | Chicago | $ 685,000 | $ 775,000 | $ 105,000 | $ 90,000 | $ 1,655,000 | $ 59,675 | 20% | 350 | $ 2,100,000 | $ 385,325 | 28.71% | 30.47% | 31.78% | 09/15/14 |
| 31 | 3452 N. Marshfield Ave | Chicago | $ 570,000 | $ 405,000 | $ 72,875 | $ 40,000 | $ 1,087,875 | $ 37,206 | 30% | 300 | $ 1,325,000 | $ 199,919 | 23.36% | 27.38% | 33.31% | 09/17/14 |
| 32 | 1319 N Bell Ave | Chicago | $ 295,000 | $ 650,000 | $ 66,000 | $ 45,000 | $ 1,056,000 | $ 35,527 | 30% | 350 | $ 1,325,000 | $ 233,473 | 27.17% | 32.97% | 34.38% | 09/17/14 |
| 33 | 1955 W Farragut Ave | Chicago | $ 405,000 | $ 285,000 | $ 52,250 | $ 30,000 | $ 772,250 | $ 22,899 | 40% | 250 | $ 950,000 | $ 154,851 | 24.69% | 34.83% | 50.86% | 09/18/14 |
| 34 | 1437 W Cuyler Ave | Chicago | $ 615,000 | $ 630,000 | $ 93,500 | $ 50,000 | $ 1,388,500 | $ 54,404 | 40% | 350 | $ 1,700,000 | $ 257,096 | 24.05% | 31.64% | 33.00% | 09/26/14 |
| 35 | 8918 S Phillips Ave. | Chicago | $ 38,000 | $ 60,000 | $ 17,670 | $ 14,000 | $ 129,670 | $ 2,209 | 0% | 200 | $ 163,000 | $ 31,121 | 29.76% | 25.89% | 47.25% | 09/29/14 |
| 36 | 1236 W Altgeld St | Chicago | $ 800,000 | $ 445,000 | $ 90,000 | $ 65,000 | $ 1,400,000 | $ 66,398 | 30% | 400 | $ 1,800,000 | $ 333,602 | 30.53% | 34.82% | 31.77% | 09/30/14 |
| 37 | 2430 W. Belle Plaine Ave. | Chicago | $ 475,000 | $ 525,000 | $ 71,500 | $ 40,000 | $ 1,111,500 | $ 37,500 | 40% | 350 | $ 1,300,000 | $ 151,000 | 18.13% | 23.43% | 24.44% | 10/01/14 |
| 38 | 1437 W Melrose St | Chicago | $ 765,000 | $ 750,000 | $ 107,000 | $ 75,000 | $ 1,697,000 | $ 62,370 | 20% | 350 | $ 2,140,000 | $ 380,630 | 27.86% | 29.33% | 30.59% | 10/01/14 |
| 39 | 408 S. Wille St. | Mount Prospect | $ 205,000 | $ 110,000 | $ 24,750 | $ 25,000 | $ 364,750 | $ 10,024 | 10% | 250 | $ 450,000 | $ 75,226 | 25.07% | 24.36% | 35.57% | 10/02/14 |
| 40 | 3653 N. Albany Ave. | Chicago | $ 346,000 | $ 150,000 | $ 36,575 | $ 20,000 | $ 552,575 | $ 16,828 | 30% | 250 | $ 665,000 | $ 95,597 | 21.79% | 25.92% | 37.84% | 10/16/14 |
| 41 | 3824 N Claremont Ave | Chicago | $ 630,000 | $ 450,000 | $ 75,000 | $ 55,000 | $ 1,210,000 | $ 38,410 | 10% | 300 | $ 1,500,000 | $ 251,590 | 25.55% | 24.44% | 29.74% | 10/22/14 |
| 42 | 3621 N. Hermitage Ave. | Chicago | $ 480,000 | $ 522,000 | $ 77,000 | $ 50,000 | $ 1,129,000 | $ 43,911 | 40% | 350 | $ 1,400,000 | $ 227,089 | 25.76% | 34.39% | 35.86% | 10/30/14 |
| 43 | 3619 N. Hermitage Ave. | Chicago | $ 480,000 | $ 522,000 | $ 77,000 | $ 50,000 | $ 1,129,000 | $ 43,911 | 40% | 350 | $ 1,400,000 | $ 227,089 | 25.76% | 34.39% | 35.86% | 10/30/14 |
| 44 | 3810 N. Wayne Ave. | Chicago | $ 975,000 | $ 1,080,000 | $ 154,000 | $ 70,000 | $ 2,279,000 | $ 87,990 | 40% | 350 | $ 2,800,000 | $ 433,010 | 24.52% | 32.50% | 33.89% | 11/07/14 |
| 45 | 1255 W. Cornelia Ave. | Chicago | $ 750,000 | $ 400,000 | $ 99,000 | $ 65,000 | $ 1,314,000 | $ 42,841 | 10% | 300 | $ 1,800,000 | $ 443,159 | 40.00% | 39.60% | 48.18% | 11/14/14 |
| 46 | 2150 N Farragut Ave. | Chicago | $ 360,000 | $ 224,000 | $ 44,825 | $ 35,000 | $ 663,825 | $ 17,846 | 20% | 240 | $ 815,000 | $ 133,329 | 24.42% | 26.61% | 40.46% | 11/24/14 |
| 47 | 1319 W Cornelia Ave. | Chicago | $ 800,000 | $ 420,000 | $ 90,750 | $ 70,000 | $ 1,380,750 | $ 61,316 | 40% | 300 | $ 1,650,000 | $ 207,934 | 20.87% | 25.51% | 31.03% | 11/25/14 |
| 48 | 1508 W. Byron St. | Chicago | $ 875,000 | $ 875,000 | $ 129,250 | $ 50,000 | $ 1,929,250 | $ 75,638 | 40% | 350 | $ 2,350,000 | $ 345,112 | 23.38% | 30.57% | 31.88% | 12/04/14 |
| 49 | 7446 S Ogelsby Ave. | Chicago | $ 46,000 | $ 90,000 | $ 21,450 | $ 14,000 | $ 171,450 | $ 3,395 | 0% | 240 | $ 205,000 | $ 30,155 | 22.37% | 18.92% | 28.77% | 12/12/14 |
| 50 | 1220 W. Henderson St. | Chicago | $ 850,000 | $ 870,000 | $ 129,250 | $ 50,000 | $ 1,899,250 | $ 71,321 | 30% | 350 | $ 2,350,000 | $ 379,429 | 25.47% | 29.62% | 30.89% | 12/15/14 |
| 51 | 3701 N. Hermitage Ave. | Chicago | $ 450,000 | $ 522,000 | $ 77,000 | $ 50,000 | $ 1,099,000 | $ 40,655 | 30% | 350 | $ 1,400,000 | $ 260,345 | 29.45% | 35.15% | 36.65% | 12/30/14 |
| 52 | 3703 N. Hermitage Ave. | Chicago | $ 450,000 | $ 522,000 | $ 77,000 | $ 50,000 | $ 1,099,000 | $ 40,655 | 30% | 350 | $ 1,400,000 | $ 260,345 | 29.45% | 35.15% | 36.65% | 12/30/14 |
| 53 | 8404 S Rhodes Ave. | Chicago | $ 30,000 | $ 90,000 | $ 20,100 | $ 14,000 | $ 154,100 | $ 2,878 | 0% | 240 | $ 190,000 | $ 33,022 | 26.79% | 23.08% | 35.09% | 01/17/15 |
| 54 | 1450 W. Melrose St. | Chicago | $ 785,000 | $ 760,000 | $ 115,500 | $ 65,000 | $ 1,725,500 | $ 88,109 | 60% | 420 | $ 2,100,000 | $ 286,391 | 23.26% | 39.99% | 34.75% | 02/03/15 |
| 55 | 542 E 84th St. | Chicago | $ 30,000 | $ 80,000 | $ 19,650 | $ 16,000 | $ 145,650 | $ 3,476 | 0% | 300 | $ 185,000 | $ 35,874 | 31.23% | 26.37% | 32.09% | 02/11/15 |
| 56 | 1408 W. George St. | Chicago | $ 665,000 | $ 714,000 | $ 104,500 | $ 73,000 | $ 1,556,500 | $ 78,439 | 60% | 420 | $ 1,900,000 | $ 265,062 | 23.66% | 41.09% | 35.71% | 02/11/15 |
| 57 | 3257 N. Lakewood Ave. | Chicago | $ 881,000 | $ 845,000 | $ 126,500 | $ 72,000 | $ 1,924,500 | $ 98,532 | 60% | 420 | $ 2,300,000 | $ 276,968 | 20.88% | 34.66% | 30.12% | 02/12/15 |
| 58 | 4037 N Oakley Ave | Chicago | $ 615,000 | $ 330,000 | $ 70,125 | $ 50,000 | $ 1,065,125 | $ 43,884 | 60% | 310 | $ 1,275,000 | $ 165,991 | 21.09% | 38.46% | 45.28% | 02/20/15 |
| 59 | 5745 N Kostner Ave | Chicago | $ 325,000 | $ 345,000 | $ 45,000 | $ 45,000 | $ 760,000 | $ 30,116 | 40% | 350 | $ 925,000 | $ 134,884 | 23.08% | 30.31% | 31.60% | 02/23/15 |
| 60 | 846 W. Webster Ave. | Chicago | $ 1,200,000 | $ 464,000 | $ 125,125 | $ 74,000 | $ 1,863,125 | $ 88,594 | 60% | 350 | $ 2,275,000 | $ 323,281 | 23.70% | 42.16% | 43.97% | 02/28/15 |
| 61 | 3636 N Bosworth Ave. | Chicago | $ 875,000 | $ 380,000 | $ 92,125 | $ 50,000 | $ 1,397,125 | $ 66,559 | 60% | 350 | $ 1,675,000 | $ 211,316 | 21.29% | 36.74% | 38.32% | 03/02/15 |
| 62 | 7707 S. Euclid | Chicago | $ 40,000 | $ 90,000 | $ 23,250 | $ 16,000 | $ 169,250 | $ 4,762 | 0% | 350 | $ 225,000 | $ 50,988 | 38.18% | 32.11% | 33.49% | 03/05/15 |
| 63 | 1818 W. Berwyn | Chicago | $ 375,000 | $ 200,000 | $ 44,000 | $ 40,000 | $ 659,000 | $ 23,583 | 30% | 300 | $ 800,000 | $ 117,417 | 22.93% | 26.48% | 32.22% | 03/10/15 |
| 64 | 3734 N. Marshfield | Chicago | $ 875,000 | $ 375,000 | $ 93,500 | $ 55,000 | $ 1,398,500 | $ 62,037 | 40% | 350 | $ 1,700,000 | $ 239,463 | 23.10% | 29.00% | 30.25% | 03/12/15 |
| 65 | 1514 W. Henderson | Chicago | $ 806,000 | $ 800,000 | $ 118,250 | $ 65,000 | $ 1,789,250 | $ 86,710 | 60% | 400 | $ 2,150,000 | $ 274,040 | 21.59% | 37.13% | 33.88% | 03/20/15 |
| 66 | 2624 N Burling | Chicago | $ 835,000 | $ 870,000 | $ 126,500 | $ 65,000 | $ 1,896,500 | $ 95,631 | 60% | 420 | $ 2,300,000 | $ 307,870 | 22.80% | 39.17% | 34.04% | 04/01/15 |
| 67 | 1839 N Orleans | Chicago | $ 1,610,000 | $ 800,000 | $ 178,750 | $ 100,000 | $ 2,688,750 | $ 125,955 | 60% | 350 | $ 3,250,000 | $ 435,295 | 22.36% | 39.41% | 41.09% | 04/01/15 |
| | | | | | | | $3,514,263 | | | | | | | | | |
| | | | | | | | $91,681,075 | | | | 96.65% | | | | | |
| | | | | | | | | | | | 67.66% | | | | | |

Leverage:
$ 18,566,568

| Key: | | | | |
|---|---|---|---|---|
| Recently Sold Properties (0) | | | | |
| Under Contract/Not Closed (5) | | | | |
| Listed MLS (3) | | | | |
| Construction (0) | | | | |
| Under Contract to Purchase (0) | | | | |
| New Const | | | | |
| Judicial/Auction | | | | |
| Philly (3) | | | | |

| Range | Count | Avg | Area |
|---|---|---|---|
| $ - $899,999 | 37 | $416,486 | South Side |
| $900,000-$1,099,999 | 5 | $951,000 | |
| $1,100,000-$1,399,999 | 21 | $1,249,762 | |
| $1,400,000-$1,799,999 | 13 | $1,525,000 | |
| $1,800,000-$2,099,999 | 6 | $1,866,667 | |
| $2,100,000-$2,399,999 | 12 | $2,234,583 | |
| $2,400,000-2,799,999 | 1 | $2,600,000 | |
| $2,800,000-$2,999,999 | 1 | $2,800,000 | |
| $3,000,000+ | 1 | $3,250,000 | |