# **E**XHIBIT **3**

BCL Home Rehab and Subsidiaries
Consolidated to include all homes
Monthly Projected Income
November 2015-October 2016

| | | | ACTUAL | ESTIMATE | | | | | | | | | | | Totals / Avgs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | |
| Revenue from Home Sales | Gross Sales Proceeds | $ | 2,840,000 | 170,000 | 547,000 | 2,880,000 | 4,780,000 | 4,475,000 | 9,975,000 | 23,560,000 | 17,170,000 | 9,325,000 | 5,872,000 | 9,500,000 | $ 91,094,000 |
| | Less Commission(1) | $ | (174,100) | (18,300) | (61,230) | (158,400) | (290,975) | (271,375) | (561,250) | (1,295,800) | (944,350) | (512,875) | (322,960) | (533,375) | $ (5,144,990) |
| | Net Sales Proceeds | $ | 2,665,900 | 151,700 | 485,770 | 2,721,600 | 4,489,025 | 4,203,625 | 9,413,750 | 22,264,200 | 16,225,650 | 8,812,125 | 5,549,040 | 8,966,625 | $ 85,949,010 |
| COGS | COGS - Home Purchases | $ | (1,003,000) | (38,100) | (132,400) | (1,328,500) | (1,623,500) | (1,510,000) | (3,705,000) | (9,016,000) | (6,726,000) | (3,970,000) | (2,070,000) | (3,846,000) | $ (34,968,500) |
| | COGS - Construction | $ | (1,237,000) | (82,000) | (240,010) | (768,000) | (1,927,000) | (1,844,500) | (3,916,000) | (9,026,000) | (6,230,000) | (3,181,000) | (2,427,000) | (3,405,000) | $ (34,283,510) |
| | COGS - Labor @ 7.5% * Const | $ | - | - | - | - | - | - | - | - | - | - | - | - | $ - |
| | TOTAL COGS | $ | (2,240,000) | (120,100) | (372,410) | (2,096,500) | (3,550,500) | (3,354,500) | (7,621,000) | (18,042,000) | (12,956,000) | (7,151,000) | (4,497,000) | (7,251,000) | $ (69,252,010) |
| | GROSS MARGIN | $ | 425,900 | 31,600 | 113,360 | 625,100 | 938,525 | 849,125 | 1,792,750 | 4,222,200 | 3,269,650 | 1,661,125 | 1,052,040 | 1,715,625 | 16,697,000 |
| | | | 19.0% | 26.3% | 30.4% | 29.8% | 26.4% | 25.3% | 23.5% | 23.4% | 25.2% | 23.2% | 23.4% | 23.7% | 24.1% |
| SG&A | Less Salaries | $ | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | (70,000) | $ (840,000) |
| | Less Marketing | $ | (7,500) | (7,500) | (7,500) | (7,500) | (7,500) | (7,500) | (7,500) | (7,500) | (7,500) | (7,500) | (7,500) | (7,500) | $ (90,000) |
| | Less Other SG&A | $ | - | - | - | - | - | - | - | - | - | - | - | - | $ - |
| | TOTAL SG&A | $ | (77,500) | (77,500) | (77,500) | (77,500) | (77,500) | (77,500) | (77,500) | (77,500) | (77,500) | (77,500) | (77,500) | (77,500) | $ (930,000) |
| | NET MARGIN | $ | 348,400 | (45,900) | 35,860 | 547,600 | 861,025 | 771,625 | 1,715,250 | 4,144,700 | 3,192,150 | 1,583,625 | 974,540 | 1,638,125 | $ 15,767,000 |
| | | | 15.6% | -38.2% | 9.6% | 26.1% | 24.3% | 23.0% | 22.5% | 23.0% | 24.6% | 22.1% | 21.7% | 22.6% | 22.8% |
| | CUMULATIVE CASH AVAIL | $ | 348,400 | 302,500 | 338,360 | 885,960 | 1,746,985 | 2,518,610 | 4,233,860 | 8,378,560 | 11,570,710 | 13,154,335 | 14,128,875 | 15,767,000 | |
| | Debt Bal Beginning | $ | 80,067,375 | 77,827,375 | 78,177,275 | 81,693,371 | 84,160,378 | 84,998,384 | 86,532,390 | 83,799,896 | 70,646,403 | 59,869,527 | 54,827,152 | 52,521,776 | |
| | Add Expended on 2016 Sales (2) | $ | - | - | 2,779,882 | 2,779,882 | 2,779,882 | 2,779,882 | 2,779,882 | 2,779,882 | - | - | - | - | $ 16,679,290 |
| | Add Expended on 2017 Sales (2) | | | | 1,108,625 | 1,108,625 | 1,108,625 | 1,108,625 | 1,108,625 | 1,108,625 | 1,108,625 | 1,108,625 | 1,108,625 | 1,108,625 | $ 11,086,246 |
| | Subtract COGS Paid Back | $ | (2,240,000) | (120,100) | (372,410) | (2,096,500) | (3,550,500) | (3,354,500) | (7,621,000) | (18,042,000) | (12,956,000) | (7,151,000) | (4,497,000) | (7,251,000) | $ (69,252,010) |
| | ADD ACQUISITIONS (3) | $ | - | 470,000 | - | 675,000 | 500,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | $ 8,645,000 |
| | ADD CONSTUCTION ON ACQ | $ | - | - | - | - | - | - | - | - | 70,500 | - | 83,000 | 167,000 | $ 320,500 |
| | End Debt Bal | $ | 77,827,375 | 78,177,275 | 81,693,371 | 84,160,378 | 84,998,384 | 86,532,390 | 83,799,896 | 70,646,403 | 59,869,527 | 54,827,152 | 52,521,776 | 47,546,401 | $ 71,883,361 |
| DEBT COST ASSUMPTIONS | Portion BCL Equity | | 59% | 58% | 58% | 54% | 54% | 50% | 50% | 45% | 45% | 45% | 45% | 40% | |
| | Cost of BCL Part 1 (to JPM) | | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | 1.50% | |
| | Cost of BCL Part 2 (to BFO) | | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | |
| | Portion NR Leverage | | 41% | 42% | 42% | 46% | 46% | 50% | 50% | 55% | 55% | 55% | 55% | 60% | |
| | IMPLIED BCL EQUITY AMT | $ | 45,918,151 | 45,342,820 | 47,382,155 | 45,446,604 | 45,899,127 | 43,266,195 | 41,899,948 | 31,790,881 | 26,941,287 | 24,672,218 | 23,634,799 | 19,018,560 | |
| | IMPLIED BCL DEBT TOTAL | $ | 31,909,224 | 32,834,456 | 34,311,216 | 38,713,774 | 39,099,257 | 43,266,195 | 41,899,948 | 38,855,521 | 32,928,240 | 30,154,933 | 28,886,977 | 28,527,841 | |
| | Cost of NR Leverage | | 7.33% | 7.33% | 7.33% | 4.75% | 4.75% | 4.75% | 4.75% | 4.75% | 4.75% | 4.75% | 4.75% | 4.75% | |
| AVERAGE EQUITY INVESTED | FOR ROI PURPOSES | $ | 46,578,951 | 45,241,349 | 46,362,487 | 44,780,512 | 45,672,866 | 42,882,693 | 42,583,072 | 34,750,417 | 29,366,084 | 25,806,753 | 24,153,509 | 20,013,635 | $ 37,349,361 |
| INTEREST EXPENSE | Interest Out to JPM | $ | (58,224) | (56,552) | (57,953) | (55,976) | (57,091) | (53,603) | (53,229) | (43,438) | (36,708) | (32,258) | (30,192) | (25,017) | $ (505,031) |
| | Interest Out to BFO | $ | (126,151) | (122,529) | (125,565) | (121,281) | (123,697) | (116,141) | (115,329) | (94,116) | (79,533) | (69,893) | (65,416) | (54,204) | $ (1,213,854) |
| | Interest Out to 3PL | $ | (197,717) | (200,115) | (205,074) | (150,996) | (154,005) | (169,744) | (168,558) | (168,121) | (142,072) | (124,852) | (116,854) | (118,831) | $ (1,916,939) |
| | TOTAL DEBT COSTS | $ | (382,092) | (379,195) | (388,592) | (328,252) | (334,793) | (339,488) | (337,116) | (305,675) | (258,313) | (227,004) | (212,461) | (198,052) | $ (3,691,034) |
| | EARNINGS NET OF INTEREST | $ | (33,692) | (425,095) | (352,732) | 219,348 | 526,232 | 432,137 | 1,378,134 | 3,839,025 | 2,933,837 | 1,356,621 | 762,079 | 1,440,073 | $ 12,075,966 |
| | | | | | | | | | | | | | | | 32.3% |
| CUMULATIVR CASH AVAILABLE FOR DISTRIBUTION TO PTRS | | $ | (33,692) | (458,787) | (811,520) | (592,172) | (65,940) | 366,197 | 1,744,331 | 5,583,356 | 8,517,193 | 9,873,814 | 10,635,893 | 12,075,966 | |
| INVESTMENT RETURNS | MONTHLY "SPOT" ROEC | | -0.07% | -0.94% | -0.76% | 0.49% | 1.15% | 1.01% | 3.24% | 11.05% | 9.99% | 5.26% | 3.16% | 7.20% | |
| | CUMULATIVE ROEC | | -0.07% | -1.01% | -1.75% | -1.32% | -0.14% | 0.85% | 4.10% | 16.07% | 29.00% | 38.26% | 44.03% | 60.34% | |

Notes:
1. Commissions on "big ticket" homes are generally 5%. On Small Ticket homes/South Side product Commissions include closing assistance and occasionally buy side commissions so run higher. Commissions are as indicated in the project underwriting but are set at a minimum of 5% of gross sales price.
2. Remaining construction spend based on assumption that ALL 2016 dollars remainig to spend are spent ratably from March to September, and that 2017 dollars are spent ratably from March to December

As of today's date, remaining to be spent on 2016 houses  $ 16,679,290
As of today's date, remaining to be spent on 2017 houses  $ 11,086,246