# EXHIBIT 4

| Address | City | Purchase Price | Total Const. Cost | Interest 9/22/16 | Basis with Interest + Txs | Total Out (PP+Const.+O+I+B) | Est Monthly Increase for SG&A | Est Monthly Incr for Interest Finished | Total Est Monthly Increase | Est No Months to Sale from 9/1/16 | Additional Holding Costs to Sale | Commission (5%) Closing Cost (1%) | Sales Price | Net Sales | Est Completion | Profit (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1715 W Belle Plaine Ave | Chicago | $306,000 | $493,000 | $ 95,316 | $ 919,919 | $948,318 | $1,509 | $3,436 | $4,945 | 5 | $24,723.06 | -$51,000 | $850,000 | $799,000 | | $ (206,686) |
| 2236 W 113th Pl | Chicago | $115,000 | $140,579 | $ 20,311 | $ 306,535 | $315,998 | $503 | $1,193 | $1,695 | 5 | $8,476.75 | -$22,200 | $370,000 | $347,800 | Listed | $ 23,325 |
| 4730 S Greenwood Ave | Chicago | $515,000 | $40,879 | $ 65,922 | $ 691,966 | $713,327 | $1,135 | $2,609 | $3,743 | 5 | $18,717.05 | -$36,000 | $600,000 | $564,000 | | $ (168,044) |
| 2638 W North Shore Ave | Chicago | $265,000 | $285,765 | $ 65,136 | $ 683,670 | $704,776 | $1,121 | $2,577 | $3,699 | 5 | $18,492.58 | -$34,500 | $575,000 | $540,500 | Listed | $ (182,769) |
| 901 S Kensington Ave | La Grange | $325,000 | $700,000 | $ 70,225 | $ 1,164,491 | $1,200,440 | $1,910 | $4,559 | $6,469 | 5 | $32,346.63 | -$60,000 | $1,000,000 | $940,000 | Listed | $ (292,621) |
| 3912 N Janssen Ave | Chicago | $745,000 | $870,000 | $ 138,764 | $ 1,865,016 | $1,922,590 | $3,059 | $7,193 | $10,252 | 5 | $51,257.68 | -$111,000 | $1,850,000 | $1,739,000 | 9/15/2016 | $ (247,639) |
| 2447 W Belle Plaine Ave | Chicago | $445,000 | $645,000 | $ 76,759 | $ 1,234,661 | $1,272,776 | $2,025 | $4,825 | $6,850 | 5 | $34,247.82 | -$66,000 | $1,100,000 | $1,034,000 | Listed | $ (278,771) |
| 3619 N. Hermitage Ave. | Chicago | $480,000 | $704,000 | $ 71,195 | $ 1,314,993 | $1,355,588 | $2,157 | $5,182 | $7,339 | 5 | $36,696.08 | -$72,000 | $1,200,000 | $1,128,000 | Listed | $ (260,942) |
| 1514 Spencer | Berkeley | $44,000 | $74,000 | $ - | $ 43,605 | $0 | $72 | $182 | $253 | 8 | $2,025.63 | -$9,900 | $165,000 | $155,100 | 2/3/2017 | $ 35,074 |
| 1518 Ashland | Chicago | $368,900 | $100,000 | $ - | $ 368,900 | $368,900 | $605 | $1,537 | $2,142 | 9 | $19,279.06 | -$36,000 | $600,000 | $564,000 | 6/1/2017 | $ 75,821 |
| 1306 W Byron Ave | Chicago | $545,000 | $850,000 | $ 105,316 | $ 1,562,957 | $1,611,207 | $2,563 | $6,074 | $8,637 | 5 | $43,184.57 | -$91,500 | $1,525,000 | $1,433,500 | Listed | $ (230,926) |
| 1957 W Balmoral Ave | Chicago | $370,000 | $295,000 | $ 62,706 | $ 820,180 | $845,499 | $1,345 | $3,156 | $4,501 | 5 | $22,506.60 | -$48,600 | $810,000 | $761,400 | Listed | $ (108,614) |
| 4031 N Oakley Ave | Chicago | $600,000 | $510,000 | $ 81,812 | $ 1,285,763 | $1,325,455 | $2,109 | $5,016 | $7,125 | 5 | $35,626.23 | -$69,000 | $1,150,000 | $1,081,000 | Listed | $ (256,520) |
| 1437 N Cuyler Ave | Chicago | $615,000 | $735,000 | $ 85,190 | $ 1,526,369 | $1,573,489 | $2,503 | $6,005 | $8,508 | 5 | $42,541.58 | -$93,000 | $1,550,000 | $1,457,000 | Listed | $ (159,673) |
| 9238 S Pleasant Ave | Chicago | $205,000 | $337,000 | $ 54,224 | $ 679,871 | $700,859 | $1,115 | $2,607 | $3,722 | 5 | $18,609.59 | -$42,000 | $700,000 | $658,000 | Listed | $ (68,090) |
| 10 W Elm Ave | Park Ridge | $375,000 | $625,000 | $ 99,148 | $ 1,173,680 | $1,209,912 | $1,925 | $4,477 | $6,402 | 5 | $32,010.87 | -$57,000 | $950,000 | $893,000 | Listed | $ (336,411) |
| 5921 N Kenneth Ave | Chicago | $375,000 | $537,000 | $ 73,884 | $ 1,082,120 | $1,115,526 | $1,775 | $4,201 | $5,976 | 5 | $29,878.86 | -$52,950 | $882,500 | $829,550 | | $ (311,207) |
| 635 Elmore St | Park Ridge | $586,000 | $490,000 | $ 103,046 | $ 1,289,662 | $1,329,475 | $2,115 | $4,944 | $7,059 | 5 | $35,297.06 | -$61,500 | $1,025,000 | $963,500 | Listed | $ (400,508) |
| 3922 N Bell Ave | Chicago | $685,000 | $765,000 | $ 97,523 | $ 1,605,754 | $1,655,325 | $2,634 | $6,284 | $8,918 | 5 | $44,589.50 | -$102,000 | $1,700,000 | $1,598,000 | Listed | $ (118,467) |
| 2014 W Sunnyside Ave | Chicago | $775,000 | $950,000 | $ 109,447 | $ 1,443,036 | $1,487,583 | $2,367 | $5,557 | $7,923 | 9 | $71,310.13 | -$126,000 | $2,100,000 | $1,974,000 | 2/1/2017 | $ (28,962) |
| 2424 W Belle Plaine Ave | Chicago | $600,000 | $500,000 | $ 84,919 | $ 1,272,314 | $1,311,592 | $2,087 | $4,947 | $7,034 | 5 | $35,171.04 | -$63,000 | $1,050,000 | $987,000 | 10/7/2016 | $ (344,421) |
| 3328 N Claremont Ave | Chicago | $600,000 | $558,000 | $ 79,321 | $ 1,304,957 | $1,345,242 | $2,140 | $5,107 | $7,247 | 5 | $36,235.42 | -$72,000 | $1,200,000 | $1,128,000 | 9/13/2016 | $ (262,770) |
| 3540 N Hoyne Ave | Chicago | $670,000 | $564,000 | $ 92,267 | $ 1,384,425 | $1,427,163 | $2,271 | $5,384 | $7,655 | 5 | $38,272.95 | -$72,000 | $1,200,000 | $1,128,000 | 9/12/2016 | $ (350,020) |
| 1217 W Cornelia Ave | Chicago | $880,000 | $694,000 | $ 111,555 | $ 1,652,898 | $1,703,925 | $2,711 | $6,422 | $9,133 | 6 | $54,799.13 | -$114,000 | $1,900,000 | $1,786,000 | 10/21/2016 | $ (84,868) |
| 3824 N Paulina St | Chicago | $630,000 | $540,000 | $ 75,545 | $ 1,070,100 | $1,103,135 | $1,755 | $4,144 | $5,899 | 7 | $41,293.39 | -$72,000 | $1,200,000 | $1,128,000 | 12/1/2016 | $ (242,848) |
| 1729 W Melrose St | Chicago | $625,000 | $538,000 | $ 71,632 | $ 1,030,528 | $1,062,342 | $1,690 | $3,995 | $5,686 | 7 | $39,799.03 | -$81,000 | $1,350,000 | $1,269,000 | 12/10/2016 | $ (82,381) |
| 1638 W Olive Ave | Chicago | $380,000 | $496,000 | $ 55,717 | $ 1,010,240 | $1,041,427 | $1,657 | $3,977 | $5,634 | 5 | $28,170.39 | -$51,000 | $850,000 | $799,000 | Listed | $ (256,783) |
| 2440 W Belle Plaine Ave | Chicago | $605,000 | $603,000 | $ 81,239 | $ 1,259,272 | $1,298,147 | $2,065 | $4,908 | $6,974 | 7 | $48,816.65 | -$66,000 | $1,100,000 | $1,034,000 | 12/1/2016 | $ (413,729) |
| 1925 N Schiller St | Chicago | $850,000 | $764,000 | $ 93,461 | $ 1,125,926 | $1,160,684 | $1,847 | $4,302 | $6,149 | 11 | $67,634.31 | -$117,000 | $1,950,000 | $1,833,000 | 5/1/2017 | $ (29,009) |
| 1409 N Oakley Blvd | Chicago | $535,000 | $487,000 | $ 60,705 | $ 957,593 | $987,155 | $1,571 | $3,737 | $5,308 | 7 | $37,153.12 | -$72,000 | $1,200,000 | $1,128,000 | 12/1/2016 | $ (78,517) |
| 2152 N Maplewood Ave | Chicago | $300,000 | $429,000 | $ 33,431 | $ 548,791 | $565,733 | $900 | $2,147 | $3,047 | 8 | $24,379.26 | -$46,320 | $772,000 | $725,680 | 12/15/2016 | $ (101,978) |
| 3452 N. Marshfield | Chicago | $570,000 | $587,000 | $ 64,250 | $ 980,744 | $1,011,020 | $1,609 | $3,819 | $5,427 | 7 | $37,990.72 | -$79,500 | $1,325,000 | $1,245,500 | 12/1/2016 | $ (100,119) |
| 1236 W Altgeld St | Chicago | $800,000 | $798,000 | $ 83,375 | $ 1,162,366 | $1,198,249 | $1,906 | $4,496 | $6,402 | 10 | $64,021.97 | -$108,000 | $1,800,000 | $1,692,000 | 3/1/2017 | $ (141,309) |
| 3824 N Claremont Ave | Chicago | $630,000 | $622,000 | $ 70,855 | $ 1,247,483 | $1,285,994 | $2,046 | $4,903 | $6,949 | 6 | $41,691.74 | -$90,000 | $1,500,000 | $1,410,000 | 10/18/2016 | $ (51,214) |
| 1255 W Cornelia Ave. | Chicago | $750,000 | $673,000 | $ 86,404 | $ 1,443,102 | $1,487,652 | $2,367 | $5,653 | $8,020 | 6 | $48,118.48 | -$114,000 | $1,900,000 | $1,786,000 | 10/30/2016 | $ 84,479 |
| 2150 N Farragut Ave. | Chicago | $360,000 | $430,583 | $ 42,185 | $ 838,491 | $864,376 | $1,375 | $3,318 | $4,693 | 6 | $28,158.91 | -$48,000 | $800,000 | $752,000 | 10/21/2016 | $ (174,594) |
| 1319 N Cornelia Ave. | Chicago | $800,000 | $676,000 | $ 81,220 | $ 1,389,335 | $1,432,225 | $2,279 | $5,450 | $7,729 | 6 | $46,374.79 | -$114,000 | $1,900,000 | $1,786,000 | 11/1/2016 | $ 50,631 |
| 4037 N Oakley Ave. | Chicago | $615,000 | $582,000 | $ 50,959 | $ 880,791 | $907,982 | $1,445 | $3,458 | $4,902 | 6 | $29,413.33 | -$72,000 | $1,200,000 | $1,128,000 | 12/1/2016 | $ (207,731) |
| 4308 N Troy St | Chicago | $275,000 | $413,000 | $ 42,698 | $ 779,155 | $803,208 | $1,278 | $3,069 | $4,346 | 5 | $21,732.32 | -$39,000 | $650,000 | $611,000 | Listed | $ (219,397) |
| 846 W. Webster Ave. | Chicago | $1,200,000 | $780,000 | $ 93,408 | $ 1,418,997 | $1,462,803 | $2,327 | $5,523 | $7,851 | 12 | $94,207.12 | -$136,500 | $2,275,000 | $2,138,500 | 5/1/2017 | $ (136,908) |
| 5745 N Kostner Ave | Chicago | $325,000 | $175,000 | $ 25,572 | $ 367,714 | $379,065 | $603 | $1,426 | $2,029 | 5 | $12,172.07 | -$34,500 | $575,000 | $540,500 | 5/1/2017 | $ (23,223) |
| 7707 S. Euclid | Chicago | $40,000 | $106,000 | $ 4,523 | $ 86,819 | $89,500 | $142 | $343 | $485 | 6 | $2,911.76 | -$13,500 | $225,000 | $211,500 | 11/25/2016 | $ 43,089 |
| 3734 N. Marshfield | Chicago | $875,000 | $667,000 | $ 71,999 | $ 1,338,606 | $1,379,930 | $2,195 | $5,278 | $7,473 | 6 | $44,837.91 | -$105,000 | $1,750,000 | $1,645,000 | 11/1/2016 | $ (127,462) |
| 1839 N Orleans | Chicago | $1,610,000 | $1,097,000 | $ 123,808 | $ 2,008,462 | $2,070,464 | $3,294 | $7,853 | $11,147 | 1 | $11,146.81 | -$195,000 | $3,250,000 | $3,055,000 | 7/1/2017 | $ 85,497 |
| 3636 N Bosworth Ave. | Chicago | $875,000 | $633,000 | $ 64,981 | $ 1,170,830 | $1,206,975 | $1,920 | $4,608 | $6,528 | 9 | $58,751.93 | -$102,000 | $1,700,000 | $1,598,000 | 1/15/2017 | $ (23,709) |
| 4612 Franklin Ave | Western Springs | $325,000 | $644,000 | $ 64,710 | $ 1,002,543 | $1,033,492 | $1,644 | $3,908 | $5,552 | 5 | $27,759.57 | -$70,500 | $1,175,000 | $1,104,500 | 11/1/2016 | $ (53,052) |
| 4439 Franklin Ave | Western Springs | $355,000 | $658,000 | $ 72,655 | $ 1,135,480 | $1,170,534 | $1,862 | $4,428 | $6,291 | 5 | $31,453.73 | -$84,000 | $1,400,000 | $1,316,000 | Listed | $ 94,357 |
| 715 S Adams St | Hinsdale | $420,000 | $667,000 | $ 57,041 | $ 906,983 | $934,983 | $1,488 | $3,541 | $5,029 | 8 | $40,231.77 | -$84,000 | $1,400,000 | $1,316,000 | 1/1/2017 | $ 80,365 |
| 717 N Oak St | Hinsdale | $385,000 | $670,000 | $ 50,782 | $ 817,735 | $842,979 | $1,341 | $3,196 | $4,537 | 8 | $36,294.43 | -$87,000 | $1,450,000 | $1,363,000 | 1/1/2017 | $ 173,655 |
| 3817 N Wayne Ave | Chicago | $810,000 | $861,000 | $ 115,472 | $ 1,795,639 | $1,851,072 | $2,945 | $7,001 | $9,946 | 6 | $59,674.37 | -$132,000 | $2,200,000 | $2,068,000 | 10/24/2016 | $ 93,890 |
| 1319 N Bell Ave | Chicago | $295,000 | $667,000 | $ 45,956 | $ 1,030,192 | $1,061,995 | $1,690 | $4,101 | $5,791 | 6 | $34,743.64 | -$79,500 | $1,325,000 | $1,245,500 | 10/21/2016 | $ 115,267 |
| 1955 W Farragut Ave | Chicago | $405,000 | $556,000 | $ 42,062 | $ 498,392 | $513,778 | $817 | $1,901 | $2,719 | 12 | $32,625.48 | -$72,000 | $1,200,000 | $1,128,000 | 6/1/2017 | $ 55,018 |
| 2430 W. Belle Plaine Ave. | Chicago | $475,000 | $645,000 | $ 77,955 | $ 1,266,971 | $1,306,083 | $2,078 | $4,954 | $7,032 | 5 | $42,193.19 | -$66,000 | $1,100,000 | $1,034,000 | 11/1/2016 | $ (316,078) |
| 1437 W Melrose St | Chicago | $765,000 | $930,000 | $ 104,135 | $ 1,715,252 | $1,768,203 | $2,813 | $6,713 | $9,526 | 6 | $57,157.08 | -$126,000 | $2,100,000 | $1,974,000 | 11/14/2016 | $ (4,889) |
| 3621 N. Hermitage Ave. | Chicago | $480,000 | $725,000 | $ 71,749 | $ 1,324,318 | $1,365,201 | $2,172 | $5,219 | $7,391 | 5 | $36,955.28 | -$72,000 | $1,200,000 | $1,128,000 | 9/15/2016 | $ (303,556) |
| 3810 N. Wayne Ave. | Chicago | $975,000 | $1,100,000 | $ 98,399 | $ 1,381,759 | $1,424,415 | $2,266 | $5,347 | $7,614 | 10 | $76,135.62 | -$168,000 | $2,800,000 | $2,632,000 | 3/1/2017 | $ 314,674 |
| 1508 W. Byron St. | Chicago | $875,000 | $1,015,000 | $ 118,753 | $ 2,060,967 | $2,124,591 | $3,380 | $8,093 | $11,473 | 6 | $68,836.57 | -$153,000 | $2,550,000 | $2,397,000 | 10/15/2016 | $ 162,929 |
| 1220 W Henderson St. | Chicago | $850,000 | $958,000 | $ 93,464 | $ 1,685,335 | $1,737,363 | $2,764 | $6,632 | $9,396 | 7 | $65,772.03 | -$135,000 | $2,250,000 | $2,115,000 | 11/30/2016 | $ 32,586 |
| 3701 N. Hermitage Ave. | Chicago | $450,000 | $699,000 | $ 62,370 | $ 1,202,140 | $1,239,251 | $1,972 | $4,749 | $6,721 | 5 | $33,603.39 | -$72,000 | $1,200,000 | $1,100,000 | 9/23/2016 | $ (229,442) |
| 3703 N. Hermitage Ave. | Chicago | $450,000 | $644,000 | $ 61,159 | $ 1,140,820 | $1,176,038 | $1,871 | $4,499 | $6,370 | 5 | $31,848.26 | -$72,000 | $1,200,000 | $1,128,000 | 9/29/2016 | $ (139,989) |
| 1450 W. Melrose St. | Chicago | $785,000 | $954,000 | $ 84,121 | $ 1,612,037 | $1,661,802 | $2,644 | $6,366 | $9,010 | 6 | $72,081.84 | -$126,000 | $2,100,000 | $1,974,000 | 12/15/2016 | $ (33,561) |
| 1408 W. George St. | Chicago | $665,000 | $843,000 | $ 52,294 | $ 1,454,149 | $1,499,040 | $2,385 | $5,841 | $8,226 | 6 | $49,356.12 | -$114,000 | $1,900,000 | $1,786,000 | 11/1/2016 | $ 75,426 |
| 3257 N. Lakewood Ave. | Chicago | $881,000 | $884,000 | $ 75,270 | $ 1,404,466 | $1,447,823 | $2,303 | $5,538 | $7,842 | 11 | $86,259.64 | -$138,000 | $2,300,000 | $2,162,000 | 3/15/2017 | $ 149,815 |
| 1514 W. Henderson | Chicago | $806,000 | $918,000 | $ 64,415 | $ 1,396,429 | $1,439,538 | $2,290 | $5,550 | $7,840 | 9 | $70,563.11 | -$132,000 | $2,200,000 | $2,068,000 | 1/27/2017 | $ 138,621 |
| 1818 N. Berwyn | Chicago | $375,000 | $550,000 | $ 27,233 | $ 471,700 | $486,262 | $774 | $1,852 | $2,625 | 11 | $28,879.13 | -$72,000 | $1,200,000 | $1,128,000 | 3/21/2017 | $ 378,078 |
| 2624 N Burling | Chicago | $835,000 | $960,000 | $ 74,192 | $ 1,316,056 | $1,356,684 | $2,158 | $5,174 | $7,333 | 9 | $65,996.12 | -$138,000 | $2,300,000 | $2,162,000 | 2/7/2017 | $ 149,248 |
| 1436 W Melrose | Chicago | $850,000 | $894,555 | $ 99,945 | $ 1,624,827 | $1,674,987 | $2,665 | $6,354 | $9,019 | 7 | $63,129.93 | -$126,000 | $2,100,000 | $1,974,000 | 11/10/2016 | $ (24,923) |
| 5137 N Kostner | Chicago | $210,000 | $160,000 | $ 11,992 | $ 244,662 | $252,215 | $401 | $969 | $1,371 | 8 | $10,965.81 | -$28,500 | $475,000 | $446,500 | | $ 30,658 |
| 3618 N. Magnolia | Chicago | $985,000 | $630,000 | $ 50,346 | $ 1,083,408 | $1,116,854 | $1,777 | $4,304 | $6,081 | 11 | $66,894.60 | -$120,000 | $2,000,000 | $1,880,000 | 5/1/2017 | $ 102,015 |
| 3931 N Claremont | Chicago | $635,000 | $755,000 | $ 46,223 | $ 1,348,398 | $1,390,024 | $2,212 | $5,426 | $7,637 | 5 | $38,186.20 | -$96,000 | $1,600,000 | $1,504,000 | 10/20/2016 | $ (65,935) |
| 2124 W. Shakespeare | Chicago | $655,000 | $30,016 | $ 13,925 | $ 704,086 | $725,822 | $1,155 | $2,876 | $4,030 | 1 | | $0 | $746,168 | $746,168 | | $ 20,346 |
| 3541 N. Claremont | Chicago | $600,000 | $1,686 | $ 27,199 | $ 643,817 | $663,692 | $1,056 | $2,569 | $3,625 | 1 | | $0 | $679,906 | $679,906 | | $ 16,214 |
| 1506 W. School St. | Chicago | $820,000 | $919,200 | $ 50,966 | $ 1,373,254 | $1,415,648 | $2,252 | $5,510 | $7,762 | 9 | $69,856.32 | -$126,000 | $2,100,000 | $1,974,000 | 1/15/2017 | $ 47,000 |
| 2013 W Homer St. | Chicago | $725,000 | $929,000 | $ 60,291 | $ 985,361 | $1,015,780 | $1,616 | $3,854 | $5,471 | 11 | $60,176.08 | -$126,000 | $2,100,000 | $1,974,000 | 4/1/2017 | $ 154,296 |
| 916 W. Willow | Chicago | $1,105,000 | $20,536 | $ 46,850 | $ 1,195,041 | $1,231,933 | $1,960 | $4,784 | $6,744 | 1 | | $0 | $1,261,170 | $1,261,170 | | $ 29,237 |
| 2431 W. Belle Plaine | Chicago | $476,000 | $3,750 | $ 19,914 | $ 509,956 | $525,699 | $836 | $2,042 | $2,878 | 1 | | $0 | $540,113 | $540,113 | | $ 14,414 |
| 1835 W. School | Chicago | $590,000 | $555,000 | $ 25,645 | $ 848,818 | $875,022 | $1,392 | $3,430 | $4,822 | 8 | $38,576.29 | -$87,600 | $1,460,000 | $1,372,400 | 2/14/2017 | $ 127,031 |
| 2338 W. Dickens | Chicago | $720,000 | $1,030 | $ 7,651 | $ 749,298 | $772,430 | $1,229 | $3,090 | $4,319 | 1 | | $0 | $794,020 | $794,020 | | $ 21,590 |
| 2453 W. Belle Plaine | Chicago | $460,000 | $7,375 | $ 17,035 | $ 500,921 | $516,385 | $822 | $2,016 | $2,838 | 1 | | $0 | $532,088 | $532,088 | | $ 15,703 |

| Address | City | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2446 W. Belle Plaine | Chicago | $475,000 | $550,000 | $ | 12,600 | $ | 519,582 | $535,621 | $852 | $2,112 | $2,965 | 12 | $35,575.09 | -$72,000 | $1,200,000 | $1,128,000 | 6/1/2017 | $ 31,382 |
| 3250 N. Hoyne | Chicago | $525,000 | $595,000 | $ | 10,673 | $ | 589,638 | $607,841 | $967 | $2,412 | $3,379 | 10 | $33,794.24 | -$85,500 | $1,425,000 | $1,339,500 | 3/21/2017 | $ 147,445 |
| 1824 W Albany | Chicago | $525,000 | $110,000 | $ | 9,735 | $ | 648,814 | $668,843 | $1,064 | $2,663 | $3,727 | 5 | $18,634.77 | -$45,900 | $765,000 | $719,100 | Listed | $ 26,922 |
| 841 N Euclid | Oak Park | $319,000 | $425,000 | $ | 5,309 | $ | 326,627 | $336,710 | $536 | $1,339 | $1,875 | 10 | $18,745.24 | -$60,000 | $1,000,000 | $940,000 | 5/1/2017 | $ 160,315 |
| 4022 N Campbell | Chicago | $380,000 | $375 | $ | 6,292 | $ | 392,416 | $404,530 | $644 | $1,609 | $2,252 | 1 | | $0 | $414,529 | $414,529 | | $ 9,999 |
| 1227 W Wellington | Chicago | $675,000 | $780,000 | $ | 10,271 | $ | 711,578 | $733,545 | $1,167 | $2,922 | $4,089 | 12 | $49,070.09 | -$111,000 | $1,850,000 | $1,739,000 | 6/1/2017 | $ 197,178 |
| 5253 Mulford | Skokie | $205,000 | $94,000 | $ | 1,963 | $ | 223,673 | $223,673 | $367 | $924 | $1,291 | 7 | $9,034.47 | -$22,800 | $380,000 | $357,200 | 1/13/2017 | $ 40,512 |
| 943 Olive 4B | Homewood | $12,000 | $29,000 | $ | 129 | $ | 14,586 | $14,586 | $24 | $60 | $84 | 5 | $420.81 | -$3,600 | $60,000 | $56,400 | 10/28/2016 | $ 12,393 |
| 1371 Margret | Des Plaines | $167,000 | $84,000 | $ | 1,257 | $ | 223,047 | $223,047 | $366 | $924 | $1,290 | 5 | $6,449.72 | -$18,900 | $315,000 | $296,100 | 10/14/2016 | $ 38,287 |
| 511 S. Yale | Addison | $92,000 | $49,000 | $ | 636 | $ | 132,550 | $132,550 | $217 | $550 | $767 | 5 | $3,835.20 | -$11,940 | $199,000 | $187,060 | 10/14/2016 | $ 41,921 |
| 4 N324 Briar PL | Bensonville | $170,000 | $89,000 | $ | 1,904 | $ | 250,385 | $250,385 | $411 | $1,035 | $1,446 | 1 | $1,445.99 | -$20,940 | $349,000 | $328,060 | SOLD | $ 57,129 |
| 4026 S. Artesian | Chicago | $55,000 | $104,000 | $ | 636 | $ | 91,600 | $91,600 | $150 | $379 | $529 | 6 | $3,175.48 | -$12,600 | $210,000 | $197,400 | 12/16/2016 | $ 32,772 |
| 532 Waikiki Dr. | Des Plaines | $235,000 | $120,350 | $ | 333 | $ | 249,553 | $249,553 | $409 | $1,038 | $1,448 | 6 | $8,686.27 | -$26,100 | $435,000 | $408,900 | 12/24/2016 | $ 48,895 |
| 8305 S. Yates | Chicago | $42,735 | $74,000 | $ | 100 | $ | 63,764 | $63,764 | $105 | $265 | $370 | 5 | $1,849.22 | -$9,600 | $160,000 | $150,400 | 11/4/2016 | $ 31,172 |
| 7126 W. Armitage | Chicago | $117,000 | $89,000 | $ | 272 | $ | 119,560 | $119,560 | $196 | $497 | $693 | 6 | $4,158.74 | -$16,080 | $268,000 | $251,920 | 12/24/2016 | $ 39,202 |
| 5026 W. Cullom | Chicago | $180,000 | $212,000 | $ | 112 | $ | 192,619 | $192,619 | $316 | $802 | $1,118 | 10 | $11,180.29 | -$30,000 | $500,000 | $470,000 | 5/1/2017 | $ 67,700 |
| 4748 Avon | Jacksonville | $220,000 | $132,000 | $ | 19,393 | $ | 405,372 | $405,372 | $665 | $1,608 | $2,273 | 3 | $6,819.30 | -$21,000 | $350,000 | $329,000 | Listed | $ (78,381) |
| 1371 Windson Harbor Dr | Jacksonville | $583,000 | $202,000 | $ | 33,484 | $ | 850,235 | $850,235 | $1,394 | $3,403 | $4,798 | 3 | $14,392.81 | -$54,000 | $900,000 | $846,000 | Listed | $ (17,481) |
| 1827 Tierra Verde | Jacksonville | $386,000 | $178,000 | $ | 21,926 | $ | 647,650 | $647,650 | $1,062 | $2,607 | $3,669 | 3 | $11,008.20 | -$39,000 | $650,000 | $611,000 | Listed | $ (14,162) |
| 4919 S Lotus Ave | Chicago | $90,000 | $131,619 | $ | 19,151 | $ | 268,683 | $272,205 | $452 | $1,040 | $1,492 | 0.5 | $745.84 | -$17,940 | $299,000 | $281,060 | SOLD | $ 3,337 |
| 408 S. Wille St. | Mount Prospect | $205,000 | $134,000 | $ | 26,956 | $ | 397,536 | $397,536 | $0 | $1,544 | $1,544 | 1 | $1,544.08 | -$24,600 | $410,000 | $385,400 | SOLD | $ (26,543) |
| 9527 S. Claremont | Chicago | $147,000 | $104,000 | $ | 1,405 | $ | 201,173 | $201,173 | $330 | $832 | $1,162 | 6 | $6,973.86 | -$20,400 | $340,000 | $319,600 | 11/25/2016 | $ 57,453 |
| | | | | | | | | | | | | | | | | | | |
| | | $52,438,635 | $50,301,068 | $5,398,933 | | $94,744,935 | | $97,483,245 | $154,751 | $372,275 | $527,026 | $618 | $3,258,817 | ($6,946,470) | $120,742,494 | $113,768,024 | $2,863,141 | ($4,383,399) |