# EXHIBIT 6

Home Rehab P&L
2014 - 2021

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | |
| GROSS INCOME FROM HOME SALES | $ 12,890,602.32 | $ 40,944,765.93 | $ 26,758,862.16 | $ 59,717,469.08 | $ 40,205,314.99 | $ 22,404,109.83 | $ 8,320,172.50 | $ 4,835.00 | $ 211,246,131.81 |
| LESS COMMISSIONS | $ (720,050.50) | $ (507,653.00) | $ (678,071.50) | $ (2,605,937.80) | $ (1,890,514.40) | $ (1,104,993.82) | $ (307,815.00) | $ - | $ (7,815,036.02) |
| LESS CLOSING COSTS AND CREDITS | $ (553,230.47) | $ (448,874.29) | $ (361,783.19) | $ (594,413.06) | $ (385,767.74) | $ (216,302.21) | $ (83,091.89) | $ (475.00) | $ (2,643,937.85) |
| EQUALS NET INCOME FROM HOME SALES | $ 11,617,321.35 | $ 39,988,238.64 | $ 25,719,007.47 | $ 56,517,118.22 | $ 37,929,032.85 | $ 21,082,813.80 | $ 7,929,265.61 | $ 4,360.00 | $ 200,787,157.94 |
| **EXPENSES** | | | | | | | | | |
| TOTAL COGS | $ 9,410,812.76 | $ 39,263,266.32 | $ 23,676,975.61 | $ 62,046,200.38 | $ 41,166,596.17 | $ 23,830,431.80 | $ 8,685,705.05 | $ 36,262.42 | $ 208,116,250.51 |
| GROSS MARGIN | $ 2,206,508.59 | $ 724,972.32 | $ 2,042,031.86 | $ (5,529,082.16) | $ (3,237,563.32) | $ (2,747,618.00) | $ (756,439.44) | $ (31,902.42) | $ (7,329,092.57) |
| TOTAL SGA | $ 229,466.53 | $ 1,008,733.73 | $ 1,868,118.99 | $ 1,995,236.72 | $ 981,052.63 | $ 548,632.06 | $ 461,168.71 | $ 200,914.83 | $ 7,293,324.20 |
| TOTAL INTEREST EXPENSE (BANK & PREFERRED) | $ 862,288.79 | $ 1,686,209.40 | $ 3,829,434.58 | $ 4,476,022.88 | $ 3,239,503.40 | $ 1,805,655.04 | $ 389,039.55 | $ 37,151.19 | $ 16,325,304.83 |
| NET INCOME | **1,114,753.27** | **-1,969,970.81** | **-3,655,521.71** | **-12,000,341.76** | **-7,458,119.35** | **-5,101,905.10** | **-1,606,647.70** | **-269,968.44** | **-30,947,721.60** |